1014

[No. 45724-1-I. Division One. September 17, 2001.]

INDEPENDENT FISHERMAN'S COOPERATIVE, *Appellant*, v. GREGORY KIRSCH, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 97-2-01535-5, David A. Nichols, J., entered November 5, 1999. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Coleman and Appelwick, JJ.

[No. 45848-5-I. Division One. September 17, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT A. LANTAGNE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-04721-1, Dean Scott Lum, J., entered December 17, 1999. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Becker, A.C.J., and Webster, J.

[No. 45924-4-I. Division One. September 17, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND SCOTT NITSCHKE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-00667-1, Harriett M. Cody, J., entered January 19, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 45958-9-I. Division One. September 17, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD VAN WINKLE, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 95-1-00457-4, Steven J. Mura, J., entered January 5, 2000. *Affirmed* by unpublished per curiam opinion.